| | |
|---|---|
| CLARE E. CONNORS | 7936 |
| Attorney General | |
| PATRICIA OHARA | 3124 |
| LORI N. TANIGAWA | 8396 |

Deputy Attorneys General
Department of Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaiʻi  96813
Telephone: (808) 586-0618
Fax: (808) 586-1372
E-mail: lori.n.tanigawa@hawaii.gov

Attorneys for Defendant
SCOTT NAGO, in his Official Capacity as
Chief Election Officer of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KHISTINA CALWELL DEJEAN;<br><br>    Plaintiff,<br><br>    vs.<br><br>SCOTT NAGO, in his Official Capacity as Chief Election Officer of the State of Hawaiʻi<br><br>    Defendant. | Civil No. 20-00280 LEK-KJM<br><br>DEFENDANT SCOTT NAGO'S MOTION TO DISMISS WITH PREJUDICE; MEMORANDUM IN SUPPORT; DECLARATION OF KRISTEN UYEDA; DECLARATION OF NEDIELYN BUENO; CERTIFICATE OF SERVICE |

DEFENDANT SCOTT NAGO'S
MOTION TO DISMISS WITH PREJUDICE

Defendant Scott Nago, in his official capacity as Chief Election Officer,

State of Hawaii, through the Attorney General, State of Hawaiʻi and her

809934_1

undersigned deputies, hereby moves this Honorable Court for an order dismissing this action with prejudice on the grounds that this suit is barred by the Eleventh Amendment and the Complaint fails to state a claim upon which relief can be granted.

This motion is brought pursuant to Rule 12(b)(1) and (6), Federal Rules of Civil Procedure, and is based on the attached memorandum, declarations, records and files herein, and such further argument as may be made at the hearing on this motion.

DATED: Honolulu, Hawaiʻi, September 23, 2020.

CLARE E. CONNORS
Attorney General

/s/ Lori N. Tanigawa
PATRICIA OHARA
LORI N. TANIGAWA
Deputy Attorneys General
Attorneys for Defendant
SCOTT NAGO, in his Official Capacity as
Chief Election Officer of the State of Hawaiʻi