# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 20-00280 LEK-KJM

CASE NAME:     Khistina Caldwell De Jean vs. Scott Nago

JUDGE:     Leslie E. Kobayashi     DATE:     1/26/2021

COURT ACTION: EO: COURT ORDER DENYING PLAINTIFF'S "MOTION RECALL PRESIDENT ELECTION 2020 6 DAY RULE EMERGENCY HEARING"

    On November 9, 2020, pro se Plaintiff Khistina Caldwell De Jean ("Plaintiff") filed a document titled "Motion Recall President Election 2020 6 Day Rule Emergency Hearing" ("Motion"). [Dkt. no. 68.] Plaintiff also filed additional exhibits in support of the Motion on November 10, 2020. [Dkt. no. 69.] Defendant Scott Nago, in his official capacity as Chief Election Officer of the State of Hawai`i ("Defendant"), filed a memorandum in opposition to the Motion ("Opposition") on November 17, 2020. [Dkt. no. 70.] The Court has found the Motion suitable for disposition without a hearing, pursuant to Local Rule 7.1(c). See Minute Order, filed 11/23/20 (dkt. no. 72) (setting a deadline for the optional reply in support of the Motion and stating the Motion would be taken under advisement after the deadline passed).

    Although the title of the Motion suggests Plaintiff is asking this Court to order Defendant to conduct a recall election, the text of the Motion and Plaintiff's additional exhibits indicate that she is reiterating her position that she was wrongfully excluded from the 2020 presidential ballot for the general election in the State of Hawai`i ("the State"). Plaintiff's filings must be liberally construed because she is proceeding pro se. See Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam) ("A document filed *pro se* is to be liberally construed." (citation and internal quotation marks omitted)). The Motion is therefore LIBERALLY CONSTRUED as a motion seeking a preliminary injunction enjoining the certification of the State's presidential ballot results until an election is conducted in which she is listed on the ballot. This is the same request that Plaintiff previously presented to this Court, and Plaintiff has not presented any evidence that would warrant a different result. See Minute Order - EO: Court Order: Denying Plaintiff's Emergency Motion, etc., filed 10/19/20 (dkt. no. 57), at PageID #: 495-96 (denying the motion that Plaintiff filed on September 14, 2020, [dkt. no. 32]). Plaintiff's current Motion is therefore DENIED.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager